IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

JERRY L. ANDERSON,

    Petitioner,

  v.

Case No. 21-cv-627-wmc

CHERYL EPLETT,

    Respondent.

JUDGMENT IN A CIVIL CASE

    IT IS ORDERED AND ADJUDGED that judgment is entered dismissing Jerry L. Anderson's petition for a writ of habeas corpus under 28 U.S.C. § 2254.

| /s/ | April 15, 2022 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |